UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LINDA J. BAMFORD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 12-10575-JLT |
| | * | |
| MICHAEL J. ASTRUE, | * | |
| Commissioner of Society Security, | * | |
| | * | |
| Defendant. | * | |

ORDER

March 5, 2013

TAURO, J.

This court ACCEPTS and ADOPTS the February 14, 2013 Report and Recommendation [#22] of Magistrate Judge Boal.  For the reasons set forth in the Report and Recommendation, this court hereby orders that Plaintiff's Motion to Remand [#11] is ALLOWED, and Defendant's Motion to Affirm the Commissioner's Decision [#16] is DENIED.  This case is REMANDED to the Commissioner for further findings and/or proceedings consistent with the Report and Recommendation.  THIS CASE IS CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge